[No. 10762-1-III.  Division Three.  June 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. HELADIO
BUSTOS, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 90-1-00061-9, Bruce P. Hanson, J.,
entered March 30, 1990. *Reversed* by unpublished opinion
per Munson, J., concurred in by Shields, A.C.J., and
Thompson, J.

[No. 25974-1-I.  Division One.  June 24, 1991.]

PETER G. HOWE, *Appellant,* v. JIM ROBINSON, ET AL,
*Defendants,* THE LAW OFFICE OF SELIGMANN,
DREILING & BECKERMAN, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 89-2-12105-1, James A. Noe, J., entered
March 15, 1990. *Dismissed* by unpublished opinion per
Agid, J., concurred in by Pekelis and Kennedy, JJ.

[No. 25126-1-I.  Division One.  June 24, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT J.
TERRY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-03513-4, Charles V. Johnson, J., entered
November 7, 1989. *Reversed* by unpublished opinion per
Scholfield, J., concurred in by Grosse, C.J., and Kennedy, J.